JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GONZALES, LUISITO GONZALES, LEMUEL LARDIZABAL, and ANALYN ILIGAN,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GUARDIAN ANGELS HOMES, INC., and SONIA GARCIA<br><br>　　　　Defendants.. | CASE NO: 8:14-cv-01559-JLS-RNB<br><br>ORDER OF DISMISSAL BASED UPON JOINT STIPULATION |

1

_____

Order of Dismissal

ORDER OF DISMISSAL

Based upon the stipulation of the parties, and good cause appearing,

IT IS ORDERED:

1. The first through twelfth causes of action in the First Amended Complaint are hereby dismissed with prejudice as to all defendants.
2. The thirteenth cause of action in the First Amended Complaint is hereby dismissed without prejudice as to all defendants.

Dated: August 21, 2015

_____

The Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE